# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

————————————

No. 02-2322

————————————

| | | |
|---|---|---|
| Teresa Fedje, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Jo Anne B. Barnhart, | * | [PUBLISHED] |
| | * | |
| Appellee. | * | |

————————————

Submitted: February 14, 2003
Filed: February 24, 2003

————————————

Before HANSEN, Chief Judge, RICHARD S. ARNOLD and BYE, Circuit Judges.

————————————

PER CURIAM.

After a hearing, an administrative law judge denied Teresa Fedje's application for disability insurance benefits, finding that the Commissioner of Social Security had met her burden to prove that Fedje could perform jobs that exist in significant numbers in the national economy. The Appeals Council denied further review, and the district court[1] granted summary judgment to the Commissioner.

---

[1] The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

After carefully reviewing the record and the parties' briefs, we agree with the district court that substantial evidence supports the denial of benefits.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.


A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.